**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| JACQUELINE PILOT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 23-00102-CV-W-GAF |
| | ) | |
| PETE BUTTIGIEG, Secretary of | ) | |
| Transportation, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL ACTION

☐     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

BY ORDER (Doc. 44) DATED June 10, 2024:

IT IS ORDERED AND ADJUDGED:

Plaintiff's Motion for Partial Summary Judgment (Doc. 28) is denied.

BY ORDER (Doc. 45) dated June 10, 2024:

IT IS ORDERED AND ADJUDGED:

Defendant's Motion for Summary Judgment (Doc. 29) is granted.

Dated: June 10, 2024                  PAIGE WYMORE-WYNN
                                           Clerk of Court

Entered: June 10, 2024               /s/ Lisa Mitchell
                                             (By) Deputy Clerk